United States District Court
Southern District of Texas
FILED
APR 3 2019
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Laura Samantha RODRIGUEZ-Marquez | ) | B-19-mj-428 |
| Roberto ROCHA-Munoz | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 04/01/2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(a)(III) | Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation |

This criminal complaint is based on these facts:

On April 1, 2019, at approximately 4:00 p.m., Homeland Security Investigations Special Agents and Border Patrol Agents conducted a consensual search of a residence located at ▓▓▓▓▓▓▓▓▓▓▓▓ Brownsville, Texas. Agents discovered 16 undocumented aliens (UDAs) harbored at the residence. A short time later, Border Patrol Agents conducted a vehicle stop near the residence, which led to the arrests of Roberto ROCHA-Munoz and Laura Samantha RODRIGUEZ-Marquez, both Mexican nationals illegally present in the U.S. Two (2) of the harbored UDAs stated ROCHA delivered food to the residence, and one (1) of the UDAs stated both ROCHA and RODRIGUEZ delivered food to the residence on different occasions. RODRIGUEZ stated she knew the residence was being used to harbor UDAs and had delivered food to the location. RODRIGUEZ also stated ROCHA would transport UDAs and deliver food to the residence.

☐ Continued on the attached sheet.

*Complainant's Signature*

JAVIER SANDOVAL    Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

April 3, 2019
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*